UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY STELLA INC.,<br><br>       Plaintiff,<br><br>v.<br><br>BEYOND RINGS CORP.,<br><br>       Defendant. | Case No. 2:22-cv-04363-SB-AFM<br><br>ORDER OF DISMISSAL |

      On September 30, 2022, the Court issued an order to show cause (OSC) in writing by October 7, 2022 why the case should not be dismissed for lack of prosecution in light of Plaintiff's failure to file a timely proof of service. Dkt. No. 14. The OSC warned Plaintiff that "[f]ailure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety." *Id*. The October 7 deadline has long passed, and Plaintiff has neither responded to the OSC nor filed anything else indicating an intent to prosecute this case. Accordingly, this action is DISMISSED without prejudice for lack of prosecution.

      A final judgment will be entered separately.

      IT IS SO ORDERED.

Date: November 4, 2022

                                                      Stanley Blumenfeld, Jr.
                                                      United States District Judge