JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY STELLA INC., <br><br> Plaintiff, <br><br> v. <br><br> BEYOND RINGS CORP., <br><br> Defendant. | Case No. 2:22-cv-04363-SB-AFM <br><br> FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this date, Plaintiff Ruby Stella Inc.'s claims against Defendant Beyond Rings Corp. are DISMISSED without prejudice for lack of prosecution.

    This is a final judgment.

Date: November 4, 2022

                                                      Stanley Blumenfeld, Jr.
                                                   United States District Judge